UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:24-CR-00267(1)-ADA |
| | § | |
| (1) DSYMONE SUITERS | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause.  On  January 8, 2026 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) DSYMONE SUITERS, which alleged that Suiters violated a condition of her supervised release and recommended that Suiters' supervised release be revoked (Clerk's  Document No. 20).  A warrant issued and Suiters was arrested.  On February 4, 2026, Suiters appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Suiters appeared before the magistrate judge on March 17, 2026, waived her right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge.  Following the hearing, the magistrate judge signed his report and recommendation on March 31, 2026, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense

and the intervening conduct of Suiters, the magistrate judge recommends that this court revoke Suiters supervised release and that Suiters be sentenced to imprisonment for EIGHT (8) months, with no term supervised  release to follow the term of imprisonment (Clerk's  Document  No. 34).

A party may serve and file specific,  written  objections to the proposed  findings and recommendations of a magistrate  judge within fourteen  days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court.  *See* 28 U.S.C.§ 636(b);  Fed. R. Civ. P. 72(b).   A party's failure to timely file written  objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds  of plain error, from attacking  on appeal the unobjected-to proposed  factual findings and legal conclusions accepted by the district court.  *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On March 17, 2026, following the hearing on the motion to revoke supervised release, all parties  signed  a Waiver  Of Fourteen  Day Rule  For Filing  Objections To Report  and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 33). The court, having reviewed the entire record  and  finding no plain  error, accepts and adopts the  report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the

United States Magistrate Judge filed in this cause (Clerk's Document No. 34 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) DSYMONE SUITERS' term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) DSYMONE SUITERS be imprisoned for EIGHT (8) months with no term of supervised release.

Signed this 2nd day of April, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE